

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00521-CV

Maria **SALINAS** and Salvador Morales,
Appellants

v.

Arthur **SALINAS** and Monica Salinas,
Appellees

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-10-00608-CVW-A
The Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellees' second motion for extension of time to file their brief is GRANTED. Appellees' brief is due on **February 21, 2018**. No further extensions will be granted.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court